THE HONORABLE BRIAN D. LYNCH
**CHAPTER 13**
**HEARING DATE: August 11, 2010**
**HEARING TIME: 1:30 p.m.**
**LOCATION: Tacoma, WA**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| In Re: | ) | NO. 09-46576-BDL |
| | ) | |
| MARSHALL BOSTWICK | ) | REPLY TO OBJECTION |
| | ) | TO CONFIRMATION BY |
| | ) | JP MORGAN CHASE BANK, |
| Debtor. | ) | NATIONAL ASSOCIATION |

COMES NOW, Debtor, Marshall Bostwick, and replies to the creditor's objection to confirmation as follows:

1) Debtor is the victim of fraud and forgery and there have been numerous issues to be addressed pre-confirmation. Angela Bostwick has recently pleaded guilty to acts of forgery, fraud, and theft in Lewis County County Superior Court in a number of criminal matters including 10-1-00157-8. She is serving time in the Washington Correctional Center for Women in Purdy. In the criminal proceedings, Angela Bostwick admitted to a forged bankruptcy filing in Mr. Bostwick's name and theft of Mr. Bostwick's retirement also involving a forgery. In addition to the criminal case involving the crimes against Mr.Bostwick, the State of Washington pursued other cases where Angela Bostwick had stolen victims' identities including forgery of fraudulent mortgages against other victims.

2) By way of general update, Debtor has objected to a number of other creditors' claims in his case. Four claims were disallowed on May 12, 2010 and another claim disallowed on July 13, 2010. The Debtor's remaining claim disputes will all be filed before the upcoming August 11, 2010 confirmation hearing and will be set for hearing for a date in

SHOEMAKER & DART, P.S., INC.
1944 PACIFIC AVENUE, SUITE 307
TACOMA, WA 98402
(253) 365-6363

REPLY TO OBJECTION TO CONFIRMATION- Page 1

Case 09-46576-BDL    Doc 56    Filed 08/06/10    Entered 08/06/10 18:57:36    Page 1 of 2

September or for October 20, 2010. In particular, Debtor has substantial disputes with this creditor's claim as well as the priority claim of the IRS and these disputes should be addressed pre-confirmation.

3) As to this objecting creditor, Debtor has disputes related to the mortgage itself. The mortgage was incurred without his knowledge or consent by Angela Bostwick alone. He has various legal claims to pursue including but not limited to those against the Notary Public, Escrow, and/or lender. He was previously working with James Connolly and then Jonathan Sprouffske of the Olympia law firm Connolly, Tacon, and Meserve. Mr. Sprouffske has been employed as special counsel by the bankruptcy court. Mr. Sprouffske has recently informed he will not be able to assist Mr. Bostwick due to the need to cover Mr. Connolly's caseload. Mr. Bostwick is now working to find substitute special counsel and has been communicating with attorney David Smith of Tacoma.

4) Debtor will object to the claim of JP Morgan Chase Bank, National Association, however an adversary proceeding may prove necessary and Debtor needs to obtain replacement special counsel to pursue litigation.

**WHEREFORE** Debtor requests that the Court continue the creditor's objection to confirmation for four (4) months for Debtor to then provide a status update to the Court regarding Debtor's progress in his pending claims disputes and for replacement special counsel to have been employed for Debtor to pursue his legal claims related to the objecting creditor's underlying debt.

**DATED** this 6th day of August, 2010.

/s/Kathleen Shoemaker
KATHLEEN SHOEMAKER WSB #27358
Of Attorneys for Debtors

SHOEMAKER & DART, P.S., INC.
1944 PACIFIC AVENUE, SUITE 307
TACOMA, WA 98402
(253) 365-6363

REPLY TO OBJECTION TO CONFIRMATION- Page 2