| | |
|---|---|
| **ROUTH CRABTREE OLSEN, P.S.**<br>13555 SE 36TH ST., SUITE 300<br>BELLEVUE, WA 98006<br>TELEPHONE (425) 458-2121<br>FACSIMILE (425) 458-2131 | Honorable Judge Brian D. Lynch<br>Chapter 13<br>Hearing Location: Tacoma<br>Hearing Date: October 20, 2010<br>Hearing Time: 1:30 p.m.<br>Response Date: October 13, 2010 |

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Marshall Elmer Bostwick<br><br>Debtor. | No.: 09-46576-BDL<br><br>RESPONSE TO CLAIM OBJECTION<br>By JPMorgan Chase Bank, National Association as a purchaser of the loans and other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, F.A |

COMES NOW, JPMorgan Chase Bank, National Association as a purchaser of the loans and other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, F.A and responds to Debtor's Claim Objection.

A proof of claim filed in accordance with the Bankruptcy Rules constitutes prima facie evidence of the validity and the amount of the claim. <u>In re Los Angeles International Airport Hotel Associates</u>, 106 F.3d 1479 (1997) Federal Rule of Bankruptcy Procedure 3001(f). The party objecting to the claim may not rebut the claim's prima facie validity merely by stating that the amount of the claim is incorrect. <u>In re Darwin White</u>, 168 B.R. 825, 828 (Bankr. D. Conn. 1994). The objecting party must produce some evidence to support its argument. Id.

Here, Creditor has complied with Bankruptcy rule 3001 and there does not seem to be any reason to invalidate the claim. Debtor has not presented any evidence to rebut the prima facie case of Creditor and therefore Creditor respectfully requests the Court overrule Debtor's objection to claim and allow the claim of Creditor.

Response to Claim Objection
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 09-46576-BDL    Doc 84    Filed 10/13/10    Entered 10/13/10 16:19:03    Page 1 of 2

DATED October 13, 2010.

**ROUTH CRABTREE OLSEN, P.S.**
Attorneys for Creditor

___/s/ Aaron Masser_____
By: Aaron Masser, WSBA# 32692
Attorneys for JPMorgan Chase Bank, National Association as a purchaser of the loans and other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, F.A

Response to Claim Objection
Page - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 09-46576-BDL    Doc 84    Filed 10/13/10    Entered 10/13/10 16:19:03    Page 2 of 2